Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

ALL PROPERTY IN/UNDERLYING
E-GOLD ACCOUNT NUMBERS 1063249
AND 2633125

Defendant(s)

Civil Action No. 07-1333 (RMC)

RE: ALL PROPERTY IN/UNDERLYING E-GOLD ACCOUNT NUMBERS 1063249 AND 2633125

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with ✱ and copy of the complaint on August 31, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 2nd day of July, 2008 declared that defendant(s) is/are in default.

✱ a Warrant of Arrest in Rem

NANCY MAYER-WHITTINGTON, Clerk

By: _____T. Gumiel_____
Deputy Clerk